# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 4:20-CV-1735-PLC |
| ) | |
| CO1, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Joseph Michael Devon Engel's motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 7). During the proceedings in this United States District Court, plaintiff proceeded *pro se* and *in forma pauperis*. However, when the Court dismissed this action on July 21, 2021, the Court certified that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Further, plaintiff has repeatedly filed meritless lawsuits in this Court, to the point his litigation practices have risen to the level of abuse of the judicial process. The Court therefore finds plaintiff may not proceed *in forma pauperis* on appeal. The instant motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 13th day of August, 2021

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE